In the Matter of the Application of THE VILLAGE OF PORT CHESTER, Appellant, for an Order Appointing Commissioners of Appraisal in Proceedings to Condemn Certain Real Property Which Is Owned by or in Which Are Interested ROBERT S. WEBBE and HAZEL A. WEBBE, Respondents, and Others, Defendants.— Order confirming report and supplemental report of commissioners unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of MAY GLORIA WARREN, a Child under the Age of Sixteen Years, Respondent, v. MILO HEPWORTH, Appellant.— Order of filiation of the Children's Court of Orange county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LENA MERETZKY, Respondent, v. JOSEPH WOLFF, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. We think that plaintiff is entitled to the examination sought and that her practice in serving a notice to produce upon the examination the books and papers in question, so as to permit secondary evidence of their contents upon such examination if they are not produced, was proper and is in harmony with the manifest purpose of the Civil Practice Act and the Rules of Civil Practice to simplify the practice in the courts. While many of the documents sought by the notice to produce are technically in the possession of a corporation not a party to the action, the appellant is the owner of the entire capital stock of that corporation, and, therefore, has actual possession and control of such documents and is able to produce them. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LORIA, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

YONKERS FAMILY LAUNDRY SERVICE CORPORATION, Appellant, v. YONKERS NEW SYSTEM LAUNDRY, INC., and HOMELIKE LAUNDRIES, INC., Respondents.— Order denying plaintiff's motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. We are of opinion that a determination of plaintiff's right to enjoin defendant's use of the words in question should not be made on conflicting affidavits, but should await the trial, when the facts may be fully developed. There can be a speedy trial in Westchester county and plaintiff will not be prejudiced by the short delay. We, therefore, affirm the order as a matter of discretion and not as a matter of law. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

RICHARD BRIEGER, Respondent, v. MAE BRIEGER, Appellant.— On argument, order granting counsel fee to the extent of $250 only, denying defendant's motion for alimony *pendente lite*, and permitting defendant to have custody of the child of the parties at stated times, affirmed, in so far as appealed from, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.